FILED UNDER MAIL BOX RULE On;(08/08/2012)
AFFIDAVIT OF IRREFUTABLE TRUE FACTS, and RULE OF LAW

| | |
|---|---|
| NOTICE: THIS IS A State Common Law Tort Action.<br>FOR: Violation's of Your Oath of Office.<br>Acting with UN-CLEAN HANDS.<br>Acting with UN-ETHICAL INTENTIONS. | NOTICE OF LIS PENDENS LIEN<br>NOTICE OF SEIZURE OF<br>ALL PUBLIC ISSUED CREDENTIALS.<br>EXCLUDING NONE WHAT-SO-EVER. |
| Tort Claimant/Injured Party(ies)<br>Everett Leon Stout [POW.#23867-001]<br>Federal Prison Camp<br>P.O. Box 150160<br>Atlanta, Georgia 30315 | SEIZURE APPLIES TO: MHS, JFK, JAK,&<br>BARACK HUSANE OBAMA, et-al EXECUTIVE<br>OFFICERS, AGENTS, EMPLOYEES.<br><br>FILED IN CASE No.<br>1:12-cv-02046-MHS-JFK:<br>STOUT V. KELLER, et-al. |
| Tort Claim No.(7003-1680-0005-1206-0694) | FILED IN CLERK'S OFFICE<br>U.S.D.C. Atlanta |
| Tort Feasor's: CASE No.(1:02-cv-02046-MHS-JFK<br>U.S. MAGISTRATE JUDGE, JANET F. KING, & MHS.<br>U.S. DISTRICT COURT NORTHERN DISTRICT OF GA.<br>2211 UNITED STATES COURTHOUSE<br>75 Spring Street, S.W. Atlanta,Ga.30303-3361 | AUG 1 0 2012<br><br>JAMES N. HATTEN, CLERK<br>By: ~~Deputy Clerk~~ |
| Tort Claim No.(7003-1680-0005-1206-0694) | |

LAWFUL PROCESS SERVED BY CERTIFED MAIL No.(7003-1680-0005-1206-0694)

THE NON-NEGOTIABLE PERSONAL INJURY AMOUNT IS:($999,Centillion U.S. Dollars,Gold)

BASIS OF THIS CLAIM IS:[XXX] Personal Injury: [XXX] Property Damage: [ ] Death:

Williams V. Mazda Motor of America,Inc., 179 L.Ed.2d.75(02/23/2011):
"Federal Statutes does not Pre-Empt State Common Law Tort Action."

Heck V. Humphrey, 129 L.Ed.2d.383 (1994): @ Headnote No.(1)
"Because inasmuch as §1983, creates a species of TORT Liability, The Common Law of Tort is the appropriate starting point for determining whether such a claim is cognizable under §1983; the Common Law cause of action for Malicious Prosecution provides the closest analogy to such §1983 claims."

Farrell V. U.S.,(2009, Ct. Fed. Cl) 2009 U.S. Claims Lexis 401:
"Violation of Oath is Tort, NOT BREACH OF CONTRACT."

Imbler V Pachtman, 47 L.Ed.2d.128 (1976):
"Title(42 USC.§1983) provides that'[e]very person' who acts under Color of State Law to deprive another of a Constitutional Right shall be answerable to that Person in a suit for damages. The Statute thus Creates a Species of TORT Liability that on its FACE admits of no IMMUNITIES, and SOME HAVE ARGUED that it should be applied as stringently as it reads."   NOTICE: "YOU HAVE NO IMMUNITY."

SPECIFIC NOTICE:
A) You are HEREBY given NOTICE that you have VIOLATED your OATH OF OFFICIAL OFFICE, by ENFORCING STATUTORY FEDERAL UNITED STATES CODE, which is NOT, authorized by The United States Constitution.

B) You are HEREBY given NOTICE that you are in VIOLATION of your Oath to Support The Constitution of The Several States of America.

C) You have committed NUMEROUS ACTS while acting with UN-CLEAN HANDS, and UN-ETHICAL INTENTIONS.

DEMAND TO CURE:
D) You have (10)(TEN) Calendar Days in which you MUST PROVIDE "PROOF OF FACT" that all of your actions have been committed within the Bounds of Constitutional Authority.

E) United States V. Cruikshank, 92 U.S. 542, 23 L. Ed.588 (1876): states:
"That if TWO or MORE persons shall band or conspire together, or go in discuise upon the PUBLIC HIGHWAYS, or upon the premises of another, with intent to violate any provisions of this Act, or to injure, oppress, threaten or intimidate any Citizen, with intent to prevent or hinder his free exercise and enjoyment of any RIGHT or PRIVILEGE granted or secured to him by the Constitution or Laws of the United States, or because of his having exercised the same, such persons shall be held guilty of Felony, and, on conviction thereof, shall be fined or imprisoned, or both, at the discretion of the Court-the fine not to exceed $5,000,and the imprisonment not to exceed TEN YEARS; and shall MOREOVER, be thereafter ineligible to and disabled from holding any office or place of honor, profit, or trust created by the Constitution or Laws of the United States."16 Stat.at L.141.

Page (01) Authenticated UCC-9-102(A)(4) & F.R. of E. (902)
Executed upon Oath By: /s/ Everett Leon Stout     Date (08/08/2012)    )

| | |
|---|---|
| E). | NOTICE OF RULING OF USDJ. KARON OWEN BOWDRE, CASE No.CR-02-BE-0528-S January 13th, 2004, Northern District of Alabama, at Birmingham; Jury Instructions, at Transcript page 1151, Judge Bowdre stated: "I charge you that a contract is an agreement between two or more persons or parties based upon a valuable consideration to DO or REFRAIN FROM DOING a particular Lawful act: The elements of a valid contract are (1) agreement between two or more competent parties; (2) a Lawful object; (3) a valuable consideration; and (4) assent of the parties in the same sense that is a meeting of the minds." |
| F). | NOTICE OF OFFER TO ESTABLISH A "WILLFUL, INTENTIONAL, VOLUNTARY, AND CONSENSUAL CONTRACT BY AGREEMENT BASED UPON A MEETING OF THE MINDS." This State Common Law Tort Action, is submitted to the named [P]arties, and or, [A]gents, with SPECIFIC INTENT to establish a contract between MENTALLY COMPETENT PARTIES, based upon a meeting of the minds; within (10 Calendar Days). |
| G). | NOTICE: YOU MUST RECORD YOUR SWORN AFFIDAVIT OF CONTROVERTING EVIDENCE: With The Clerk of The following COURT, in the PUBLIC RECORDS [XX], OR UCC [ ], The CIRCUIT COURT CLERK of PULASKI COUNTY, Little Rock, Arkansas. You must cause the Recording Clerk to SERVE, a Certified Copy of Your Sworn Affidavit of Controverting Evidence upon Everett Leon Stout, Immediately. ON OR BEFORE: (08/20/2012)    ).Estoppel By Silence shall establish Res-Judicata. |
| H). | Screws V. United States, 89 L.Ed. 1495 (1945): At [325 US 129-130] The Supreme Court stated: "Generally state officials know something of the individual's basic legal rights. If they do not, they should, for they assume that duty when they assume their office. IGNORANCE OF THE LAW IS NO EXCUSE FOR MEN IN GENERAL. IT IS LESS EXCUSE FOR MEN WHOSE SPECIAL DUTY IS TO APPLY IT, and therefore to know and observe it. If their knowledge is not comprehensive, state officials know or should know when they pass the limits of their authority, so far at any rate that their action exceeds honest error of judgment and amounts to abuse of their office and function. When they enter such domain in dealing with the Citizen's rights, they should do so at their PERIL, whether that be created by State or Federal Law. For their sworn OATH and their FIRST DUTY are to uphold the Constitution, then only the Law of the State which too is bound by the Charter. Since the statutes, as I think, condems only something more than error of judgment, made in honest effort at once to apply and to follow the Law, cf. United States V. Murdock, 290 U.S. 389, 78 L.Ed. 381, officials who violate it must act in intentional or reckless disregard of individual rights and cannot be ignorant that they do GREAT WRONG. This being true, they must be taken to act at peril of incurring the penalty placed upon such conduct by the Federal Law, as they do of that the State imposes." |
| I). | NOTICE OF WAVIER: "28 USC.§536.85 THE FEDERAL TORT CLAIMS ACT, [IRREFUTABLY] WAIVES SOVEREIGN IMMUNITY." |

| | |
|---|---|
| ORDER/JUDGMENT | 1:12-cv-02046-MHS-JFK   STOUT V. KELLER et-al: |
| A) | MHS, JFK, and J.A. KELLER, have Committed 1) Malfeasance, 2) Misfeasance, 3) Nonfeasance,4) Malicious Injury, 5) Malicious use of Process, 6) Misprison of Felony, Misprison of Treason, 7) Acting under Color of Law, 8) Acting under Color of Constitutional Authority, 9) Taking Oath under the Executive Division of United States Government, Violation of Oath to Support and Defend the Constitution of the United States of America, 10) Violation's TITLE 18 USC.§241, §242, §371, §1341, and many more U.S.CODES, AND United States Statutes at Large.<br>NOTICE OF CONSTITUTIONAL DUTIES<br>SEE: H). supra: Any time a Citizen of the Several States of America, places ANY officer, official, agent, of the United States that [H]e/[S]he, is unlawfully being Incarcerated against [H]is/[H]er will, that Government officer has an IRREFUTABLE DUTY, to INVESTIGATE, or CAUSE AN INVESTIGATION to be conducted to determine the fact stated. |
| B) | MHS, JFK, and J.A. KELLER, have IRREFUTABLY committed the acts stated at A)supra. |
| C) | The accused must immediately provide PROOF OF FACT, that "Everett Leon Stout" is being held under a LAWFUL conviction for having committed a Criminal Act which is defined in the Constitution of These United States of America. (OR): |
| D) | ADMIT THE FACTS OF UNLAWFUL INCARCERATION, and REVERSE THE UNLAWFUL CONVICTION, EXPUNGE THE RECORDS, (OR) CONSENSUAL AGREE TO PAY THE ($999,Centillion United States Dollars.); and THEREBY FORFEIT ALL PUBLIC CREDENTIALS ASSIGNED TO YOU. |

Executed upon Oath By; *Everett Leon Stout*        Date(08/08/2012)    )

Page (02)