UNITED STATES OF AMERICA
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EVERETT LEON STOUT,<br><br>        Petitioner,<br><br>vs.<br><br>J. A. KELLER, et al.,<br><br>        Respondents. | CIVIL ACTION FILE<br><br>NO. 1:12-cv-02046-MHS |

## J U D G M E N T

This action having come before the Court, Honorable Marvin H. Shoob, United States District Judge for consideration of the Magistrate Judge's Final Report and Recommendation, and the Court having adopted said recommendation as the Order of the Court, it is

**ORDERED AND ADJUDGED** that this case be **DISMISSED WITHOUT PREJUDICE** for petitioner's failure to comply with a lawful order of the Court.

Dated at Atlanta, Georgia this 1st day of November, 2012.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ M. York
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 1, 2012
James N. Hatten
Clerk of Court

By:  s/ M. York
      Deputy Clerk